UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Boyd Whitright,                                                                Civil No. 11-2557 (PAM/JJG)

           Plaintiff,

v.                                                                                                          **ORDER**

Scott P. Fisher,

           Defendants.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeanne J. Graham dated September 19, 2011. The R&R recommended that this Court dismiss Plaintiff's application for habeas corpus relief under 28 U.S.C. § 2241. Plaintiff has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 2).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

2. This matter is summarily **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 14, 2011

                                                            *s/ Paul A. Magnuson*
                                                            Paul A. Magnuson
                                                            United States District Court Judge